FILED 9 MAR '23 10:22 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland DIVISION

Tyler wayne Nees
*(Enter full name of plaintiff)*

Plaintiff,

v.

Patrick maney, Cindy Diter, Cara peterson, mendoza-montoya, mindi vlabos, kathy Ridling, kenneth Tolkkinen, Tina Hazen, Jennifer Quick, warren Roberts In their Official and Individual Capacities.
*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 2:22-CV-01874-SI
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☒ Yes ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: Tyler wayne Nees
Street Address: 2500 Westgate
City, State & Zip Code: pendleton
Telephone No.:

**Defendant No. 1**

Name: Patrick Maney

Street Address: 82911 Beach Access RD

City, State & Zip Code: Umatilla, OR

Telephone No.: ______

**Defendant No. 2**

Name: Cindy Dieter

Street Address: 82911 Beach Access RD

City, State & Zip Code: Umatilla, or

Telephone No.: ______

**Defendant No. 3**

Name: Cara Peterson

Street Address: 82911 Beach Access RD

City, State & Zip Code: Umatilla or

Telephone No.: ______

**Defendant No. 4**

Name: Mendoza-Montoya

Street Address: 82911 Beach Access RD

City, State & Zip Code: Umatilla, or

Telephone No.: ______

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

**Defendants**

No.5 Mindi Vlahos RN

Trci medical

82911 beach acess rd

Umatilla, or 97882

Complaint against Both individual and official capacity

Defendants

No.6 Kathy Ridling RN

Trci medical

82911 beach acess rd

Umatilla, or 97882

Complaint against Both individual and official capacity

Defendants

No. 7 Kenneth Tolkkinen RN

Trci medical

82911 beach acess rd

Umatilla, or 97882

Complaint against Both individual and official capacity

Defendants

No.8 Tina Hazen RN

Trci medical

82911 beach acess rd

Umatilla, or 97882

Complaint against Both individual and official capacity

Defendants

No.9 Jennifer Quick RN

Trci medical

82911 beach acess rd

Umatilla, or 97882

Complaint against Both individual and official capacity

Defendants

No. 10 Christina Cole RN

Trci medical

82911 beach acess rd

Umatilla, or 97882

Complaint against Both individual and official capacity

Defendants

No.11 Warren Roberts Medical director

Trci medical

82911 beach acess rd

Umatilla, or 97882

Complaint against Both individual and official capacity

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

1) 8th amendment 2) 8th amendment cruel and unusual punishment) 3) 8th amendment medical care

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Defendants Patrick maney begining on 12-21-21 while acting under Color of State law violated plaintiffs 8th amendment rights against Cruel and unusual punishment by disregarding the excessive risk to plaintiffs health when they ignored the results of xrays taken 12-22-21 where Richard Carpenter MD reported on 12-28-21 "flex him 50° and see if it relocates or we will have to align it properly" Patrick maney disregarded the Serious medical need and caused pain and Suffering and unnecessarily prolonged it by Simply refusing to treat the dislocation and Caused the dislocation to require Surgery, the hand is now a permanent disability, Causes Chronic pain and is Sub Stantially disfigured to this day due to patrick maney deliberate indifference

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Beginning on 12-21-21 to 1-19-22 Defendant patrick maney, Cindy Dieter, Cara peterson, mendoza-montoya, Brandy vlahos, katny Ridling, kenneth Tolkkinen, Tina Hazen Jennifer Quick

Christina Cole, warren Roberts while acting under of Color of State Law ~~violated~~ responded to plaintiffs (10) urgen request to be temporarialy removed from his work assignment which required the use of both hands using a highspeed buffer) and was aggravating the inclury plaintiffs only options without intervention from the above named defendants were to continue using his dam aged hand or be placed in DSU and Lose honor housing plaintiff kept working for 30 days. Defendants patrick maney, Cindy Dieter, Corey peterson, mendoza-montoya mindy vikes ketny Ridling kemetu Trollkinen, Tina Hazen Jenifer Gavich, Christina Cole warren Roberts were delliberately indifferent to plaintiffs 8th amendment right against Cruel and unusal punishmen by forcing him to work with the damaged finger Causing the need for Surgery and Cause it to be a permanent disability, Cause Chronic pain and is Substantialy disfigured

**Claim III**

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

***(If you have additional claims, describe them on another piece of paper, using the same outline.)***

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

~~punk~~ punitive damages, Compensatory damages, mental and emotion damages, presumed damages

$100,000 against each defendant Jointly and Severally

Jury trial on all issues triable by Jury

$2,200,000.00

A preliminary and permanent injunction ordering Warren Roberts to provide medical accomodations of a (NEO) (bottom bunk)(light work) due to disability Caused by the defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 3rd day of march, 2023

Tyler W. Nees
(Signature of Plaintiff)

United States District Court
District of Oregon
Portland Division

Declaration In Support

(1) I WAS Injured 12-21-21 and Sent to TRCI medical for a ~~xray~~ Splint. medical Staff Called patrick maney who ordered an Xray that was Completed the next day 12-22-21

(2) On 12-22-21 the xray was Sent to Dr roger p. blair who forwarded it to patrick maney and the local orthopedic Speialist who ordered "please flex him 50° and See if it relocates if it does not we will have to align it properly". Patrick maney Recived per his Stamp 12-30-21

(3) From 12-22-21 ~~to~~(xray) to 1-19-22 (2nd xray) I WAS not Seen in person by any medical Staff. despite Sending 10 kytes and a grievance about the ISSue!

(4) From 12-21-21 (Injury) I WAS forced to work using A high Speed floor buffer or got Segregation. Despite repeated request to "not be forced to work" No medical Staff with that me out of work even knows I repeated Complained of pain and Suffering in inmate kytes and the fact "I believed my finger was being reinjured by being forced to work". At no time WAS I provided ICE packs or pain management

(5) From 12-21-21 ~~to~~ this filing I've Suffered pain from the injury Caused by defendants refusal to provide medical Care or protect me from Cruel Conditions.

**IN THE UNITED STATES DISRIICT COURT**

**FOR THE**

**9TH DISTRICT OF OREGON**

**PORTLAND DIVISION**

Tyler Nees, Plaintiff,

v.

(1) Patrick Maney
(2) Cindy Dieter
(3) Cara Peterson
(4) Mendoza-Montoya
(5) Mindi Vlahos
(6) Kathy Ridling
(7) Kenneth Tolkkinen
(8) Tina Hazen
(9) Jennifer Quick
(10) Christina Cole
(11) Warren Roberts
(12) Unknown number of defendants pending discovery

Defendant.

**Case No.** 2:22-cv-01874-SI

**MOTION FOR APPOINTMENT OF COUNSEL**

**18 USC § 3006A(2)(B)**

**1.**

COMES NOW, the Plaintiff, a prisoner not represented by counsel in the above entitled matter and, pursuant to 18 U.S.C. § 3006A (2)(B), respectfully requests this Court for its order appointing counsel to represent plaintiff in this matter. This motion is supported by a Motion to Proceed Informa Pauperis and an Application to Proceed In Forma Pauperis, the Plaintiff's Six Month Trust Statement is attached.

**2.**

Plaintiff believes that he is entitled to relief sought and if able would retain counsel on his/her own if financially able, to protect his interests.

**3.**

The interests of justice would be best served if an attorney would be appointed to the Plaintiff.

**4.**

Due to the defendant's disabilities this should be granted as an ADA accommodation due to his mental Disabilities ( bi polar ) and physical disabilities ( Hand )that hinder him from typing and writing and being able to navigate the requirements of the court without the aid of others that is not always being provided to him due to retaliation and due process violations.

**5.**

A trial in this case will likely involve conflicting testimony and counsel would be better able to enable plaintiff to present evidence and cross examine witnesses.

6.

Plaintiffs has suffered retaliation that ended in him being life flighted on Dec 5th 2022 the day he was notified he case was filed and his heart stopped for 12 seconds and is not currently being treated and is pending the grievance process and will be amended along with ada violations approved and then taken to hinder this lawsuit....

Dated this 3 day of March, 2023

Respectfully Submitted,

(Signature)

Printed Name: Tyler Nees SID.17904453

# NON-EMERGENCY HEALTH CARE REQUEST

Tyler | 17904453 | 10-53B | 12-30-202
Name | State ID# | Housing | Date

RECEIVED
DEC 31 2021
HEALTH SERVICES

**Medications:**
- ❒ I have not received my prescription
- ❒ My prescription is about to expire
- ❒ My prescription is not helping

**Glasses**
- ❒ Eye exam for glasses
- ❒ Repair

**Vaccines**
- ❒ Hepatitis A/B
- ❒ Flu
- ❒ Pneumonia
- ❒ Shingles
- ❒ HIV Test
- ❒ Hepatitis C Test

**Other Function**
- ❒ BP check
- ❒ Test result request
- ❒ Is my appointment still scheduled?
- ❒ Other issues – not sick:

Health Care request, issue, concern, or sickness:

I AM requesting to be Allowed to See my Xray And know whats going on with my Finger. This Issue Needs to be Addressed. Send me to medical please - Sick Call!

We have taken the following actions in response to your health service request:

❒ You will be scheduled to see: ○ Provider ○ Nursing staff

❒ Your request has been forwarded to: ○ Manager ○ Optometry ○ Support Services ○ BHS ○ Pharmacy Technician ○ See attached health education handout

Additional Comments:

SICK CALL

Sickcall cancelled due to urgent/emergent status- tier 3. you may kyte med. rec. if you wish to purchase a copy of your X-Ray for viewing

Responder's Signature: [signature] Date: 1.4.22

Quick J RN

CD 1738 9/2016

Attachment #2 1 of 11

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: BHS [redacted] Date: 1-4-2021

State your issue in detail: Can you please call me, or call me out. Im Struggling with my mental health as my hands (fingers) broken and it is hard to understand what medical is doing about it. I was xrayed and [redacted] [redacted] and I don't want to get a program fail and lose my bunk on the labor unit as I feel like Im doing well.

Please Contact me

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| [signature] | 17984453 | ~~10~~ 10-53B |

Response/Action Taken: Mr. Moss Medical would have to take you out of work due to broken fingers.

RECEIVED
JAN 05 2022
HEALTH SERVICES

Date Received: Referred To*:

Date Answered: Signature of Staff Member:

*If forwarded, please notify the AIC

CD 214 (02/2020)

2 of 11

# NON-EMERGENCY HEALTH CARE REQUEST

Tyler Ulees | 17904453 | 10-53B | 1-5-2022
Name | State ID# | Housing | Date

**Medications:**
- ☐ I have not received my prescription
- ☐ My prescription is about to expire
- ☐ My prescription is not helping

**Glasses**
- ☐ Eye exam for glasses
- ☐ Repair

**Vaccines**
- ☐ Hepatitis A/B
- ☐ Flu
- ☐ Pneumonia
- ☐ Shingles
- ☐ HIV Test
- ☐ Hepatitis C Test

**Other Function**
- ☐ BP check
- ☐ Test result request
- ☐ Is my appointment still scheduled?
- ☐ Other issues – not sick:

**Health Care request, issue, concern, or sickness:**

(1) is my finger Broken?
(2) why am I not getting to see a doctor to fix my finger.
(3) why am I not bottom bunk restricted?
(4) why am I not layed in from work?
(5) why am I need being called to sick call.

**We have taken the following actions in response to your health service request:**

☐ You will be scheduled to see: ○Provider ○Nursing staff

☐ Your request has been forwarded to: ○Manager ○Optometry ○Support Services ○ BHS ○Pharmacy Technician ○See attached health education handout

Vlanosm RN

Additional Comments: I will forward these questions/concerns to a provider, for a chart review. [initials] 01.06.22 Vlanosm RN

you have a small fracture that doesn't require treatment I will have the nurses buddy tape your finger until we get xrays again.

Responder's Signature: [signature], PNP-C Date: 1/19/22

Mendoza-Montoya, I NP

RECEIVED JAN 06 HEALTH SER[VICES]

doesn't require Treatment

CD 1738 9/2016

3 of 11

# NON-EMERGENCY HEALTH CARE REQUEST

Name: Tyler Meeps | State ID#: 17904453 | Housing: 10-5B | Date: RECEIVED ... 2022

JAN 12 2022

HEALTH SERVICES

**Medications**
- ☐ I have not received my prescription
- ☐ My prescription is about to expire
- ☐ My prescription is not helping

**Glasses**
- ☐ Eye exam for glasses
- ☐ Repair

**Vaccines**
- ☐ Hepatitis A/B
- ☐ Flu
- ☐ Pneumonia
- ☐ Shingles
- ☐ HIV Test
- ☐ Hepatitis C Test

**Other Function**
- ☐ BP check
- ☐ Test result request
- ☐ Is my appointment still scheduled?
- ☐ Other issues – not sick:

Health Care request, issue, concern, or sickness:

I'm being forced to work with a finger that I assume is broken but medical is unwilling to let me know if it is broken. I'm in alot of pain and the finger I believe is being re-injured due to being forced to work. I finger is clearly crooked and is not being treated. why is medical unwilling to treat it? Am I sub-human

We have taken the following actions in response to your health service request:

☐ You will be scheduled to see: ○Provider ○Nursing staff

☐ Your request has been forwarded to: ○Manager ○Optometry ○Support Services ○ BHS ○Pharmacy Technician ○See attached health education handout

Additional Comments: the finger is not broken it does have dislocated joint and you are scheduled for follow up x-rays which should be soon and provider will order any necessary treatment.

Responder's Signature: [signature] Date: 1/13/22

Tolkkinen, K. RN

CD 1738 9/2016

# NON-EMERGENCY HEALTH CARE REQUEST

Name: Tyler Nees | State ID#: 17904453 | Housing: 10-53B | Date: 1-11-2022

RECEIVED

JAN 11 2022

HEALTH SERVICES

**Medications:**
- ☐ I have not received my prescription
- ☐ My prescription is about to expire
- ☐ My prescription is not helping

**Glasses**
- ☐ Eye exam for glasses
- ☐ Repair

**Vaccines**
- ☐ Hepatitis A/B
- ☐ Flu
- ☐ Pneumonia
- ☐ Shingles
- ☐ HIV Test
- ☐ Hepatitis C Test

**Other Function**
- ☐ BP check
- ☐ Test result request
- ☐ Is my appointment still scheduled?
- ☐ Other issues – not sick:

Health Care request, issue, concern, or sickness:

I need to be seen ASAP about my finger as I'm in alot of pain and my fingers clearly not doing well and needs to be address. I've put in a number of requests is there a reason medical is unwilling to address my finger?

We have taken the following actions in response to your health service request:

☐ You will be scheduled to see: ○ Provider ○ Nursing staff

☐ Your request has been forwarded to: ○ Manager ○ Optometry ○ Support Services ○ BHS ○ Pharmacy Technician ○ See attached health education handout

Additional Comments: You are scheduled to see a provider soon

Responder's Signature: [signature] Date: 1-11-2022

Cole, C. RN

CD 1738 9/2016

5 of 11

# NON-EMERGENCY HEALTH CARE REQUEST

Name: Tyler Nees | State ID#: 17904453 | Housing: 10-53B | Date:

RECEIVED
JAN 14 2022
HEALTH SERVICES

**Medications:**
- ☐ I have not received my prescription
- ☐ My prescription is about to expire
- ☐ My prescription is not helping

**Glasses**
- ☐ Eye exam for glasses
- ☐ Repair

**Vaccines**
- ☐ Hepatitis A/B
- ☐ Flu
- ☐ Pneumonia
- ☐ Shingles
- ☐ HIV Test
- ☐ Hepatitis C Test

**Other Function**
- ☐ BP check
- ☐ Test result request
- ☐ Is my appointment still scheduled?
- ☐ Other issues – not sick:

Health Care request, issue, concern, or sickness:

why is medical giving me conflicting statements as to whats going on with my finger

Is it broken or is the joint dislocated?

We have taken the following actions in response to your health service request:

☐ You will be scheduled to see: ○Provider ○Nursing staff

☐ Your request has been forwarded to: ○Manager ○Optometry ○Support Services ○ BHS ○Pharmacy Technician ○See attached health education handout

Additional Comments: Please discuss with your provider on your upcoming appointment

Responder's Signature: [signature] RN  Date: 1-14-22.

Hazen, T RN

CD 1738 9/2016

6 of 11

# NON-EMERGENCY HEALTH CARE REQUEST

Tyler Nees | 17904453 | 10-53B | 1-16-2022
Name | State ID# | Housing | Date

**Medications:**
- ☐ I have not received my prescription
- ☐ My prescription is about to expire
- ☐ My prescription is not helping

**Glasses**
- ☐ Eye exam for glasses
- ☐ Repair

**Vaccines**
- ☐ Hepatitis A/B
- ☐ Flu
- ☐ Pneumonia
- ☐ Shingles
- ☐ HIV Test
- ☐ Hepatitis C Test

**Other Function**
- ☐ BP check
- ☐ Test result request
- ☐ Is my appointment still scheduled?
- ☐ Other issues – not sick:

Health Care request, issue, concern, or sickness:

I've been told my fingers broke but also that it's not in kyles. I currently have my finger in a splint medical put it in. Im wondering what kind of treatment am I getting for my finger. Its medical unwilling to give me any standard of care.

please explain my injury and how it's being treated.

I'm in alot of pain and am being forced to work

We have taken the following actions in response to your health service request:

☐ You will be scheduled to see: ○Provider ○Nursing staff

☐ Your request has been forwarded to: ○Manager ○Optometry ○Support Services ○ BHS ○Pharmacy Technician ○See attached health education handout

Additional Comments:

You are scheduled to see the provider - please be patient

Responder's Signature: K Ridling Date: 1-17-22

K Ridling RN

RECEIVED
JAN 17 [illegible]
HEALTH SERVICES

CD 1738 9/2016

7 of 11

# NON-EMERGENCY HEALTH CARE REQUEST

Tyler Nees | 1790445 | 10-53B | 1-17-2022
Name | State ID# | Housing | Date

**Medications:**
- ☐ I have not received my prescription
- ☐ My prescription is about to expire
- ☐ My prescription is not helping

**Glasses**
- ☐ Eye exam for glasses
- ☐ Repair

**Vaccines**
- ☐ Hepatitis A/B
- ☐ Flu
- ☐ Pneumonia
- ☐ Shingles
- ☐ HIV Test
- ☐ Hepatitis C Test

**Other Function**
- ☐ BP check
- ☐ Test result request
- ☐ Is my appointment still scheduled?
- ☐ Other issues – not sick:

Health Care request, issue, concern, or sickness:

I want to know what should be going on with my finger. medical put it in a splint, then xrayed it, and has refused to let me know if it's broken or what I should do with it. Does it need to stay in the splint or what? It looks crooked and is not being treated.

We have taken the following actions in response to your health service request:

☐ You will be scheduled to see: ○Provider ○Nursing staff

☐ Your request has been forwarded to: ○Manager ○Optometry ○Support Services ○ BHS ○Pharmacy Technician ○See attached health education handout

Additional Comments: Sick call

Responder's Signature: [signature] Date: 1-18-22

Quick J RN

RECEIVED
JAN 18 2022
HEALTH SERVICES

CD 1738 9/2016

# NON-EMERGENCY HEALTH CARE REQUEST

Name: Tyler Nees   State ID#: 17904453   Housing: 10-5383   Date: 1-17-2022

**Medications:**
- ☐ I have not received my prescription
- ☐ My prescription is about to expire
- ☐ My prescription is not helping

**Glasses**
- ☐ Eye exam for glasses
- ☐ Repair

**Vaccines**
- ☐ Hepatitis A/B
- ☐ Flu
- ☐ Pneumonia
- ☐ Shingles
- ☐ HIV Test
- ☐ Hepatitis C Test

**Other Function**
- ☐ BP check
- ☐ Test result request
- ☐ Is my appointment still scheduled?
- ☐ Other issues – not sick:

Health Care request, issue, concern, or sickness: my finger looks to be getting worse, why is medical unwilling to send me out to be seen if TRCI medical is unwiling to see me. my finger is clearly crooked and is not going to heal correctly. It's in a splint, but it hurts and I believe its on on correctly.

please stop refusing me medical treatment and i'm in alot of pain, being forced to work and not allowed a ice pack.

We have taken the following actions in response to your health service request:

☐ You will be scheduled to see: ○ Provider ○ Nursing staff

☐ Your request has been forwarded to: ○ Manager ○ Optometry ○ Support Services ○ BHS ○ Pharmacy Technician ○ See attached health education handout

Additional Comments: Sick call

Responder's Signature: [redacted]   Date: 1-18-22

Quick J. RN

RECEIVED
JAN 18 2022
HEALTH SERVICES

CD 1738 9/2016

9 of 11

# NON-EMERGENCY HEALTH CARE REQUEST

Tyler Nees — 17904453 — 12535 — 7-11-2022
Name — State ID# — Housing — Date

**Medications:**
- ☐ I have not received my prescription
- ☐ My prescription is about to expire
- ☐ My prescription is not helping

**Glasses**
- ☐ Eye exam for glasses
- ☐ Repair

**Vaccines**
- ☐ Hepatitis A/B
- ☐ Flu
- ☐ Pneumonia
- ☐ Shingles
- ☐ HIV Test
- ☐ Hepatitis C Test

**Other Function**
- ☐ BP check
- ☐ Test result request
- ☐ Is my appointment still scheduled?
- ☐ Other issues – not sick:

Health Care request, issue, concern, or sickness:

who in medical can lay an AIC ?

(1) Any medical Staff ? RN, LPN, or provider

(2) Just provider

(3) nobody ?

We have taken the following actions in response to your health service request:

☐ You will be scheduled to see: ○Provider ○Nursing staff

☐ Your request has been forwarded to: ○Manager ○Optometry ○Support Services ○ BHS ○Pharmacy Technician ○See attached health education handout

Additional Comments:

Responder's Signature: D. [illegible] RN MSM Date: 7/12/22

CD 1738 9/2016

10 of 11



# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: Medical

Date: 7-15-2022

State your issue in detail: (1) when we are on tier 3/4 and S/C is not going who makes the Choice who gets to be Seen? Security or medical? (2) who makes tier on tier 3/4? is that OHA/CDC rules or what?

(3) What is A medical emergency?

Please explain my Questions

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Tyler [signature] | 17904453 | 12-5373 |

Response/Action Taken:

Our chief medical officer works with DOC and security.
We have not been on tier 3 or 4 in a while.
chest pain is an example of emergency. I cannot explain them all. Work with your officer if you have an emergency.

Date Received: JUL 16 2022

Referred To*:

Date Answered: 7/18/22

Signature of Staff Member: [signature]

*If forwarded, please notify the AIC

CD 214 (02/2020)

## CERTIFICATE OF SERVICE

**CASE NAME:** Tyler Nees v. patrick maney et al

**CASE NUMBER:** (if known) 2:22-cv-01874-SI

COMES NOW, Tyler Nees, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at ______________________.

That on the 3 day of march, 2023, I personally placed in the Correctional Institution's mailing service A TRUE COPY of the following:

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

Oregon Department of Justice
1162 Court St. NE
Salem or 97301-4096

(Signature)

Print Name Tyler Nees
S.I.D. No.: 17904453
2500 Westgate
Pendleton