In United States District Court
For The District of Oregon

FILED 13 JUL '23 10:20 USDC-ORP

1.
2. Tyler Nees 17904453                         Case 2:22-CV-01874-SI
3.   v          plaintiff
4. Patrick Muncy et al                          Motion for Leave to
5.         Defendants                           file an Amended
6.                                              Complaint
7.
8. Plaintiff Tyler Nees pursuant to rule 15(a), fed
9. R.civ.p request leave to file an amended Complaint
10. adding a party and correcting claim 2 to put
11. dates of each defendant who personally responded
12. to NEHRs and ~~choose~~ chose not to remove
13. plaintiff from forced work despite having a obligation
14. to take reasonable measures to abate the Cruel
15. Condition of being forced to use a high speed floor
16. buffer requiring both hands with a untreated dis-
17. located finger.
18.
19. 1st Amendment) Add Christina Cole to Caption of
20. my 1983 As A I missed her name but shes in
21. Claim and have her as defendant.
22.
23. 2nd Amendment)
24.   1) Warren Roberts fails to act to kyte dated 12-23-21

Page 1 of 3

1   where he responded to it and failed to have my
2   finger relocated and failed to take me out of forced work.
3   2) Jennifer Quick failed to have finger relocated
4   or to take me out of forced work when responding
5   to my kyte dated 12-30-2021
6   3) Cara Peterson failed to have me removed from
7   forced work when responding to plaintiff kyte too
8   the doc dated 1-4-2021
9   4) Mindi Vlahos and Mendoza-Montoya failed to
10  remove plaintiff from forced work when responding to
11  kyte dated 1.5.22
12  5) Kenneth Tolkkinen failed to remove plaintiff from
13  forced work when responding to kyte 1-11-2022
14  6) Christina Cole failed to remove plaintiff from
15  forced work when responding to kyte dated
16  1.11.2022
17  7) Tina Hazen failed to remove plaintiff's forced from forced
18  work when responding to kyte dated 1.14.22
19  8) Kathy Ridling failed to remove plaintiff forced
20  work when responding to kyte date 1.16.22
21  9) Jennifer Quick failed to remove plaintiff from
22  forced work when responding to kyted dated 1.17.22
23  10) Jennifer Quick failed to remove plaintiff from
24  forced work when responding to plaintiffs

Page 2 of 3

1  kyte dated 1-17-2022

3  Please see kyte dated 7-11-2022 Explaining
4  RN, LPN, provider are able to take plaintiff out of
5  forced work. For the reasons above plaintiff
6  Request Leave to Amend (correct) Complaint
7  now and After the Defendants respond to Discovery
8  motions Ex 7

21  July 4th 2023
22  Tyler Nees
23  2500 Westgate
24  Pendleton or
    97801

Page 3 of 3

Ex 7

# NON-EMERGENCY HEALTH CARE REQUEST

Name: Tyler Nees   State ID#: 17904453   Housing: 12535   Date: 7-11-2022

**Medications:**
- ☐ I have not received my prescription
- ☐ My prescription is about to expire
- ☐ My prescription is not helping

**Glasses**
- ☐ Eye exam for glasses
- ☐ Repair

**Vaccines**
- ☐ Hepatitis A/B
- ☐ Flu
- ☐ Pneumonia
- ☐ Shingles
- ☐ HIV Test
- ☐ Hepatitis C Test

**Other Function**
- ☐ BP check
- ☐ Test result request
- ☐ Is my appointment still scheduled?
- ☐ Other issues – not sick:

Health Care request, issue, concern, or sickness:

who in medical can lay an AIC in?

(1) Any medical staff? RN, LPN, or provider
(2) Just provider
(3) nobody?

We have taken the following actions in response to your health service request:

☐ You will be scheduled to see: ○ Provider   ○ Nursing staff

☐ Your request has been forwarded to: ○ Manager   ○ Optometry   ○ Support Services   ○ BHS
○ Pharmacy Technician   ○ See attached health education handout

Additional Comments: _____

Responder's Signature: D. Wuuna RN MSM   Date: 7/12/22

CD 1738 9/2016