United States District Court
For the District of Oregon

FILED 13 JUL '23 10:20 USDC-ORP

1.
2. Tyler Nees 17904453           Case 2:22-cv-01894-SI
3.      v.    plaintiff
4. Patrict Mangy etal            Plaintiff's motion to
5.          Defendant            Compel Discovery
6.
7.
8. 1) The plaintiff moves pursuant to rule 34(b) and
9. 37(A), Fed.R.Civ.P., for and order Compelling the
10. defendants to produce for inspection and Copying
11. the documents and to respond to addmissing and
12. introgerties reavested April 4th 2023
13.
14. SEE Attached motions
15.   Introg  Document production
16.        Interrogatives
17.        Addmissinops
18. 2) So I Can respond to motion to dismissed
19. Defendants fived in bad faitus
20.                              July 4th 2023
21.                              Tyler Nees
22.                              2500 Westgate
23.                              Pendleton or
24.                              97801

Page 1 of 1

## CERTIFICATE OF SERVICE

CASE NAME: Tyler Nees v. Patrick Murphy et al

CASE NUMBER: (if known) 2:22-CV-01874-SI

COMES NOW, Tyler Nees, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at EOCF 2500 Westgate

That on the 4 day of April, 2023, I personally placed in the Correctional Institution's mailing service A TRUE COPY of the following:

Motion for document production, motion for admissions for defendants Murray, Dieter, Peterson, Montoya, interrogatories

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

Nathan Riemersma
DOJ
1162 Court Street NE
Salem OR 97301

(Signature) [signed]

Print Name Tyler Nees
S.I.D. No.: 17904453

2500 Westgate
Pendleton OR
97801